SO ORDERED.

Dated: January 12, 2022

Daniel P. Collins, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>BRIAN E. HOKE,<br><br>                      Debtor.<br><br>AMBER HOKE,<br><br>                      Plaintiff,<br><br>v.<br><br>BRIAN E. HOKE,<br><br>                      Defendant. | In Proceedings Under Chapter 7<br><br>Case No.: 2:21-bk-02498-DPC<br><br>Case No.: 2:21-ap-00305-DPC |

**JUDGMENT OF NON DISCHARGEABILITY OF DEBT
PURSUANT TO 11 U.S.C. § 523 AND REVOKING DISCHARGE
PURSUANT TO 11 U.S.C. § 727(d)**

THIS MATTER COMES BEFORE THE COURT pursuant to Plaintiff's <u>Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and for Revocation of Discharge Pursuant to 11 U.S.C. § 727(d)</u> (Adv. dkt #1) ("the Complaint"). The Court has reviewed the Complaint, the Declaration of the Plaintiff in support of the Complaint, the Certificate of Service of the Summons and Complaint (Adv. dkt #4), and the Application for Judgment by Default (Adv. dkt #13).

**The Court finds:**

    A.    This Court has jurisdiction of this Adversary Proceeding pursuant to 28 U.S.C.

§§ 151, 157(a) and (b)(1), 1334, and 11 U.S.C. §§ 523 and 727.

B. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and/or 1409(a).

C. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157(b)(2)(I) and 157(b)(2)(J).

D. Service of the Complaint upon Defendant was proper and Defendant has failed to plead or otherwise defend, as required by Fed. R. Civ. P. 8(b) and 12, made applicable to this case by Fed. R. Bank. P. 7008 and 7012, respectively.

E. As Defendant has failed to plead or deny the allegations of the Complaint, the allegations of the Complaint are admitted. Fed. R. Civ. P. 8(b)(6); therefore,

**IT IS ORDERED, ADJUDGED AND DECREED:**

- Any and all obligations of Brian E. Hoke to Amber Hoke are not discharged;
- Debtor's Discharge is revoked;
- Plaintiff is granted an award of court costs in the amount of the filing fee for this Adversary: $350.00.

Upon entry of this Judgment, this adversary proceeding shall be terminated.

**DATED AND SIGNED ABOVE.**

21132.d20a Judgment re Non Dischargeability.docx